UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                     Plaintiff,<br><br>          -against-<br><br>MARIO SALGADO; PO MICHAEL GABRIELLE 3344; PA AO'S PARTNER THOMAS WARD 21847,<br><br>                     Defendants. | 23-CV-4342 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 9, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 9, 2023
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge